**Order entered October 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01348-CV

### IN RE SOUTHERN FOODS GROUP, LLC
### AND DEAN TRANSPORTATION, INC., Relators

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-12-07015-C**

## ORDER

The Court has before it relators' petition for writ of mandamus.  The Court requests that

real party in interest and respondent file any responses to the petition by October 14, 2013.


/s/     DAVID BRIDGES
JUSTICE